

FILED

JUL 1 8 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BRYANT BOWMAN, II, | CASE NO. 13cv548-WQH-RBB |
| Plaintiff, | ORDER |
| v. | |
| UNNAMED RESPONDENTS, | |
| Defendant. | |

HAYES, Judge:

The matter before the Court is the motion for discovery (ECF No. 6) filed by Petitioner Jerry Bryant Bowman II.

On March 7, 2013, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 against unnamed respondents. (ECF No. 1). On March 20, 2013, the Court issued and Order dismissing the case without prejudice and with leave to amend because Petitioner failed to pay the $5.00 filing fee or move to proceed in forma pauperis and failed to name a respondent. (ECF No. 3). The Court closed the case and ordered, "To have this case reopened, Petitioner must submit the $5.00 fee or adequate proof of his inability to pay the fee AND a First Amended Petition which cures the pleading deficiencies above no later than May 21, 2013." *Id.* at 3.

On June 27, 2016, Petitioner filed a motion to be "provided full discovery" in this case. (ECF No. 6).

Petitioner had until May 21, 2013 to pay the filing fee or file a motion to proceed in forma pauperis and to file a First Amended Petition. The record indicates that

1  Petitioner did not do so.  Petitioner's Petition for Writ of Habeas Corpus has been
2  dismissed and the case has been closed for over three years.  Petitioner's motion for
3  discovery is denied.
4         IT IS HEREBY ORDERED that Petitioner's motion for discovery (ECF No. 6)
5  is denied.  The case shall remain closed.
6
7  DATED:   7/17/16
8                                                  WILLIAM Q. HAYES
                                                   United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

13cv548-WQH-RBB